UNITED STATES of America,
Plaintiff–Appellee,

v.

Johan FRIESSEN–REMPLE, also
known as Cornelio Remple,
Defendant–Appellant.

No. 05–50055
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 8, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Victor L. Salas, Salas & Salas, El Paso, TX, for Defendant–Appellant.

Johan Friessen–Remple, Big Spring, TX, pro se.

Before KING, GARWOOD, and JOLLY, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Johan Friessen–Remple raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

